# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Roberta Holmes

                      Plaintiff,

v.                                                   Case No.: 1:23−cv−01084
                                                               Honorable Mary M. Rowland

L'Oreal USA, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 31, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the Stipulation of Dismissal [29], all claims are dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii). All parties to bear their own costs, fees, and expenses. MDL member case terminated. Plaintiff shall send a copy of this order to Defendants. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.